1  MELANIE D. MORGAN, ESQ.
   Nevada Bar No. 8215
2  REX D. GARNER, ESQ.
   Nevada Bar No. 9401
3  AKERMAN LLP
   1160 Town Center Drive, Suite 330
4  Las Vegas, Nevada 89144
   Telephone: (702) 634-5000
5  Facsimile: (702) 380-8572
   Email: melanie.morgan@akerman.com
6  Email: rex.garner@akerman.com

7

8  *Attorneys for Nationstar Mortgage LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARY FRENCH,<br><br>               Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC,<br><br>               Defendant. | Case No.: 2:17-cv-00925-GMN-VCF<br><br>**STIPULATION TO DISMISS THIRD CAUSE OF ACTION FROM PLAINTIFF'S COMPLAINT** |

Plaintiff Mary French and Defendant Nationstar Mortgage LLC, by and through their undersigned counsel, hereby stipulate to dismiss with prejudice Plaintiff's third cause of action for alleged violation of Nevada Deceptive Trade Practices Act, NRS 598.0918 from the Complaint [ECF No. 1].

. . .

. . .

. . .

. . .

. . .

DATED this 6th day of June, 2017.

| | |
|---|---|
| **AKERMAN LLP**<br><br>*/s/ Rex D. Garner, Esq.*<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>REX D. GARNER, ESQ.<br>Nevada Bar No. 9401<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Nationstar Mortgage LLC* | **HAINES & KRIEGER, LLC**<br><br>*/s/ David H. Krieger, Esq.*<br>DAVID H. KRIEGER, Esq.<br>Nevada Bar No. 9086<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, NV 89123<br><br>*Attorneys for Mary French* |

## **ORDER**

**IT IS HEREBY ORDERED** that Plaintiff's third cause of action for alleged violation of the Nevada Deceptive Trade Practices Act, NRS 598.0918, is **DISMISSED with prejudice**.

_____
UNITED STATES DISTRICT JUDGE

DATED this __9__ day of June, 2017.