**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARY FRENCH, | Case No.: 2:17-cv-00925-GMN-NJK |
| Plaintiff(s), | |
| v. | **ORDER** |
| NATIONSTAR MORTGAGE, LLC, | |
| Defendant(s). | |

On July 6, 2017, this case was stayed pending resolution by the D.C. Circuit of *ACA International v. Federal Communications Commission*. Docket No. 17. On March 16, 2018, the D.C. Circuit resolved that case. 885 F.3d 687 (D.C. Mar. 16, 2018). Accordingly, the parties shall file, no later than July 3, 2018, either a joint statement explaining why the stay should continue or a joint statement providing a schedule for moving this case forward to resolution.

IT IS SO ORDERED.

Dated: June 21, 2018

_____
Nancy J. Koppe
United States Magistrate Judge