# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARY FRENCH, | Case No.: 2:17-cv-00925-GMN-NJK |
| Plaintiff(s), | **Order** |
| v. | (Docket No. 24) |
| NATIONSTAR MORTGAGE, LLC, | |
| Defendant(s). | |

Before the Court is the parties' notice of settlement. Docket No. 24. The Court **ORDERS** the parties to file a stipulation of dismissal no later than October 1, 2018.

IT IS SO ORDERED.

Dated: August 2, 2018

　　　　　　　　　　　　　　　　　　　　　　
NANCY J. KOPPE
United States Magistrate Judge