David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, MARY FRENCH*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

|  |  |
|---|---|
| MARY FRENCH, <br><br> Plaintiff, <br><br> v. <br><br> NATIONSTAR MORTGAGE, LLC, <br><br> Defendants. | Case No. 2:17-cv-00925-GMN-NJK <br><br> **STIPULATION AND ORDER DISMISSING ACTION** |

Plaintiff MARY FRENCH and Defendant NATIONSTAR MORTGAGE, LLC hereby stipulate and agree that the above-entitled action shall be dismissed in

…

…

…

…

…

…

…

accordance with Fed. R. Civ. P. 41 (a)(2). Each party shall bear its own attorney's fees, and costs of suit.

Dated: October 1, 2018

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq. | /s/Rex D. Garner, Esq. |
| David H. Krieger, Esq. | Rex D. Garner, Esq. |
| Nevada Bar No. 9086 | Nevada Bar No. 9401 |
| HAINES & KRIEGER, LLC | AKERMAN, LLP |
| 8985 S. Eastern Avenue | 1635 Village Center Circle |
| Suite 350 | Suite 200 |
| Henderson, Nevada 89123 | Las Vegas, Nevada 89134 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

## **ORDER**

IT IS SO ORDERED.

DATED this __5__ day of October, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT JUDGE